1  Geri N. Kahn, Cal. Bar #148536
   Jewish Family & Children's Services
2  2534 Judah Street
   San Francisco, CA 94122
3  Tel. (415) 449-2900
   Fax (415) 449-2901
4  Email: gerik@jfcs.org

5  Attorney for Yuriy Chekryzov

**FILED**

SEP 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yuriy Chekryzov,<br><br>    Plaintiff,<br><br>vs.<br><br>Department of Homeland Security, Michael Chertoff, Secretary; US Attorney General, Alberto Gonzales; United States Citizenship and Immigration Services, Eduardo Aguirre, Jr., Director; United States Citizenship and Immigration Services, Alfonso Aguilar, Chief; United States Citizenship and Immigration Services, David Still, District Director<br><br>    Defendants. | Civil No. 05-02407 MHP<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Notice of Voluntary Dismissal Pursuant to Rule 41(a) - 1
Case No. 05-02407 MHP



Dated this 20th day of September 2005

/s/ Geri N. Kahn
Geri N. Kahn
Jewish Family & Children's Services
2534 Judah Street
San Francisco, CA 94122

9/20/05

IT IS SO ORDERED

U.S. DISTRICT JUDGE